JOHN BLANKENAU, SPECIAL ADMINISTRATOR OF THE ESTATE OF MICHAEL JOHN BLANKENAU, DECEASED, APPELLEE, V. STATE OF NEBRASKA, APPELLANT.
489 N.W.2d 315

Filed September 18, 1992.      No. S-89-1366.

Robert M. Spire, Attorney General, and Douglas J. Peterson for appellant.

James R. Welsh, of Welsh & Sibbernsen, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, and FAHRNBRUCH, JJ.

HASTINGS, C.J.

This is a companion case of, arose out of the same accident

as, was based on the evidence submitted in, and is controlled by *Maresh v. State, ante* p. 496, 489 N.W.2d 298 (1992), decided this date. The State of Nebraska has appealed the judgment order of the district court entered on November 6, 1989, sustaining the motion for summary judgment filed by the plaintiff, Blankenau, which judgment is affirmed.

AFFIRMED.

GRANT, J., not participating.